United States District Court
Southern District of Texas
**ENTERED**
April 01, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

CHRIS NEUENS,                     )
    PLAINTIFF,                   )
                                 )         MISC. ACTION NUMBER
VS.                               )              M-23-0152
                                 )
JOE BIDEN, President of the       )
    United States of America,    )
    Defendant.                   )

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Chris Neuens' cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 2 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Plaintiff.

DONE on this _29th_ day of _March_ , 20_24_, at McAllen, Texas.

_Ricardo H. Hinojosa_
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE